NEDA N. DAL CIELO, Bar No. 161982
ndalcielo@littler.com
ANNE SWEENEY JORDAN, Bar No. 273589
ajordan@littler.com
LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
Telephone:  408.998.4150
Fax No.:     408.288.5686

Attorneys for Defendant
WINCO HOLDINGS, INC. (erroneously named as WinCo Foods Foundation, Inc.)

ROMAN OTKUPMAN, CSBN 249423
roman@OLFLA.com
RITA LEONG, CSBN 300058
rita@OLFLA.com
OTKUPMAN LAW FIRM
5950 Canoga Ave., Suite 550
Woodland Hills, California  91367
Telephone:  818.293.5623
Fax No.:     888.850.1310

Attorneys for Plaintiff
BRADLEY FULFER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BRADLEY FULFER, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>WINCO FOODS FOUNDATION, INC., an Idaho Corporation, and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No.  1:15-cv-00999-TLN-EPG<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

Case No. 1:15-CV-00999-TLN-EPG

STIP AND ORDER TO CONTINUE DISCOVERY AND DISPOSITIVE MTN DEADLINES

1  IT IS HEREBY STIPULATED, by and between Plaintiff Bradley Fulfer ("Plaintiff") and Defendant WinCo Holdings, Inc. (erroneously sued as Winco Food Foundation, Inc.) ("WinCo") as follows:

WHEREAS, on May 14, 2015, Plaintiff filed this action against WinCo, asserting various claims, including (1) disability discrimination, (2) failure to accommodate, (3) failure to engage in the interactive process, (4) retaliation, (5) intentional infliction of emotional distress, (6) failure to prevent discrimination, (7) wrongful termination, and (8) interference with his ability to take leave.

WHEREAS, pursuant to the Court's November 6, 2015, Pre-Trial Scheduling Order, pre-trial deadlines are as follows:

- Expert witness disclosures were set for March 22, 2016;
- Rebuttal expert witness disclosures were set for April 22, 2016;
- Fact discovery cut off was set for June 22, 2016;
- Dispositive motions were set for July 22, 2016;
- The last hearing date for a motion was set for August 22, 2016;
- The final pretrial conference was set for October 31, 2016 at 1:30 p.m.; and
- Trial was scheduled to commence on January 27, 2017. [Dkt. #18];

WHEREAS, on January 8, 2016, this case was reassigned from Judge Garland E. Burrell, Jr. to Judge Troy L. Nunley. [Dkt. #19];

WHEREAS, Despite the Parties' best efforts, the Parties have been unable to complete written discovery and take the necessary depositions of the parties;

WHEREAS, the Parties are interested in engaging in Alternative Dispute Resolution and productive, good faith, settlement negotiations;

WHEREAS, pursuant to Federal Rule of Civil Procedure 16(b)(4), the Court may modify a scheduling order where good cause is present; and

WHEREAS, in order to further the Parties' interest in exploring

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

2. Case No. 1:15-CV-00999-TLN-EPG

**STIP AND ORDER TO CONTINUE DISCOVERY AND DISPOSITIVE MTN DEADLINES**

Alternative Dispute Resolution, the Parties jointly request that the discovery cut-off remain open so that meaningful discovery can continue, and that the dispositive motion deadline be extended.

THEREFORE IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that the Parties jointly request that the Court continue the deadlines set forth in the Case Management Order [Dkt. 18] by extending the following deadlines:

- Expert disclosures to August 22, 2016;
- Rebuttal expert disclosures to September 22, 2016;
- Fact discovery to November 22, 2016;
- Dispositive motions to December 22, 2016;
- The last hearing date to January 22, 2017;
- Final pretrial conference to March 31, 2017; and
- Trial to commence on May 15, 2017.

Dated:  May 12, 2016					Respectfully submitted,


							*/s/Neda N. Dal Cielo*
							NEDA N. DAL CIELO
							ANNE SWEENEY JORDAN
							LITTLER MENDELSON, P.C.
							Attorneys for Defendant
							WINCO HOLDINGS, INC. (erroneously named as WinCo Foods Foundation, Inc.)

Dated:  May 12, 2016					Respectfully submitted,


							*/s/Roman Otkupman*
							ROMAN OTKUPMAN
							RITA LEONG
							OTKUPMAN LAW FIRM
							Attorneys for Plaintiff
							BRADLEY FULFER

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

3.                    Case No. 1:15-CV-00999-TLN-EPG
**STIP AND ORDER TO CONTINUE DISCOVERY AND DISPOSITIVE MTN DEADLINES**

# **ORDER**

The court, having considered the Parties' stipulation to continue discovery and dispositive motion deadlines, hereby orders that the deadline for expert disclosures is August 22, 2016, the deadline for rebuttal expert disclosures is September 22, 2016, the deadline for fact discovery is November 22, 2016, and the deadline to file a dispositive motion to January 12, 2017. The Final pretrial conference is set for March 23, 2017 at 2:00 pm in Courtroom 2, and Trial shall commence on May 15, 2017 at 9:00 am in Courtroom 2.

**IT IS SO ORDERED.**

Dated: May 19, 2016

_____
Troy L. Nunley
United States District Judge

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

4.   Case No. 1:15-CV-00999-TLN-EPG

**STIP AND ORDER TO CONTINUE DISCOVERY AND DISPOSITIVE MTN DEADLINES**