NEDA N. DAL CIELO, Bar No. 161982
ndalcielo@littler.com
ANNE SWEENEY JORDAN, Bar No. 273589
ajordan@littler.com
LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150
Fax No.: 408.288.5686

Attorneys for Defendant
WINCO HOLDINGS, INC. (erroneously named as WinCo Foods Foundation, Inc.)

ROMAN OTKUPMAN, CSBN 249423
roman@OLFLA.com
RITA LEONG, CSBN 300058
rita@OLFLA.com
OTKUPMAN LAW FIRM
5950 Canoga Ave., Suite 550
Woodland Hills, California 91367
Telephone: 818.293.5623
Fax No.: 888.850.1310

Attorneys for Plaintiff
BRADLEY FULFER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BRADLEY FULFER, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WINCO FOODS FOUNDATION, INC., an Idaho Corporation, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 1:15-cv-00999-TLN-EPG<br><br>**STIPULATION AND ORDER TO CONTINUE DISPOSITIVE MOTION DEADLINE** |

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

Case No. 1:15-CV-00999-TLN-EPG

STIPULATION AND ORDER TO CONTINUE DISPOSITIVE MOTION DEADLINE

1  IT IS HEREBY STIPULATED, by and between Plaintiff Bradley Fulfer ("Plaintiff") and Defendant WinCo Holdings, Inc. (erroneously sued as Winco Food Foundation, Inc.) ("WinCo") as follows:

WHEREAS, on May 14, 2015, Plaintiff filed this action against WinCo, asserting various claims, including (1) disability discrimination, (2) failure to accommodate, (3) failure to engage in the interactive process, (4) retaliation, (5) intentional infliction of emotional distress, (6) failure to prevent discrimination, (7) wrongful termination, and (8) interference with his ability to take leave.

WHEREAS, pursuant to the Court's Order on May 19, 2016, pre-trial deadlines are as follows:

- Expert disclosures were on August 22, 2016;
- Rebuttal expert disclosures were on September 22, 2016;
- Fact discovery cut-off was on November 22, 2016;
- Dispositive motions are set for January 12, 2017;
- Final pretrial conference is set for March 23, 2017; and
- Trial is set to commence on May 15, 2017;

WHEREAS, the Parties have completed written discovery;

WHEREAS, despite their best efforts, the Parties have been unable to complete all the necessary depositions, as Plaintiff and/or his counsel are unavailable to complete such depositions until January 2017;

WHEREAS, pursuant to Federal Rule of Civil Procedure 16(b)(4), the Court may modify a scheduling order where good cause is present; and

WHEREAS, in order to complete the necessary depositions, the Parties jointly request that the dispositive motion deadline be extended.

THEREFORE IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that the Parties jointly request that the Court continue the deadline set forth in the Court's Order [Dkt. 24] by extending the following deadline:

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

2.   Case No. 1:15-CV-00999-TLN-EPG

**STIPULATION AND ORDER TO CONTINUE DISPOSITIVE MOTION DEADLINE**

- Dispositive motions to February 24, 2017

The dates for the Parties' Final Pre-Trial Conference and Trial shall remain unchanged.

Dated:  November 30, 2016			Respectfully submitted,


			*/s/Anne Sweeney Jordan*
			NEDA N. DAL CIELO
			ANNE SWEENEY JORDAN
			LITTLER MENDELSON, P.C.
			Attorneys for Defendant
			WINCO HOLDINGS, INC. (erroneously named as WinCo Foods Foundation, Inc.)

Dated:  November 30, 2016			Respectfully submitted,


			*/s/Roman Otkupman*
			ROMAN OTKUPMAN
			RITA LEONG
			OTKUPMAN LAW FIRM
			Attorneys for Plaintiff
			BRADLEY FULFER

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

3.				Case No. 1:15-CV-00999-TLN-EPG

**STIPULATION AND ORDER TO CONTINUE DISPOSITIVE MOTION DEADLINE**

## **ORDER**

The court, having considered the Parties' stipulation to continue discovery and dispositive motion deadlines, hereby orders that the deadline to file a dispositive motion to February 24, 2016. The Final Pre-trial Conference is set for March 23, 2017 at 2:00 pm in Courtroom 2, and Trial shall commence on May 15, 2017 at 9:00 am in Courtroom 2.

**IT IS SO ORDERED.**

Dated: December 5, 2016

_____
Troy L. Nunley
United States District Judge

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

4.   Case No. 1:15-CV-00999-TLN-EPG

**STIPULATION AND ORDER TO CONTINUE DISPOSITIVE MOTION DEADLINE**