ROMAN OTKUPMAN, CSBN 249423
roman@OLFLA.com
RITA LEONG, CSBN 300058
rita@OLFLA.com
OTKUPMAN LAW FIRM
21800 Oxnard Street, Suite 1160
Woodland Hills, California 91367
Telephone: 818.293.5623
Fax No.: 888.850.1310

Attorneys for Plaintiff
BRADLEY FULFER


NEDA N. DAL CIELO, Bar No. 161982
ndalcielo@littler.com
ANNE SWEENEY JORDAN, Bar No. 273589
ajordan@littler.com
LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150
Fax No.: 408.288.5686

Attorneys for Defendant
WINCO HOLDINGS, INC. (erroneously
named as WinCo Foods Foundation, Inc.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BRADLEY FULFER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WINCO FOODS FOUNDATION, INC., an Idaho Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:15-cv-00999-TLN-EPG<br><br>**ORDER TO CONTINUE THE TRIAL; MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT; AND OTHER RELATED DATES**<br><br>Complaint Filed: May 14, 2015<br>Motion for Summary Judgment: June 1, 2017<br>Final Pretrial Conference: July 13, 2017<br>Trial: September 25, 2017 |

Case No. 1:15-CV-00999-TLN-EPG

**PROPOSED ORDER TO CONTINUE THE TRIAL; MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT; AND OTHER RELATED DATES**

# **ORDER**

The court, having considered the Parties' stipulation to continue the Trial, Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment; and other related dates, hereby orders Plaintiff's deadline to file his Opposition to Defendant's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment is extended to July 13, 2017. Defendant's deadline to file its Reply in Support of its Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment is extended to July 20, 2017, and the Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment hearing is reset for July 27, 2017, at 2:00 p.m. The Final pretrial conference is reset for September 7, 2017, at 2:00 p.m., and Trial is reset for November 20, 2017, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: May 16, 2017

Troy L. Nunley
United States District Judge

2.    Case No. 1:15-CV-00999-TLN-EPG

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE TRIAL; MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT; AND OTHER RELATED DATES**