1  NEDA N. DAL CIELO, Bar No. 161982
   ndalcielo@littler.com
2  ANNE SWEENEY JORDAN, Bar No. 273589
   ajordan@littler.com
3  LITTLER MENDELSON, P.C.
   50 W. San Fernando, 15th Floor
4  San Jose, CA  95113.2303
   Telephone:   408.998.4150
5  Fax No.:     408.288.5686

6  Attorneys for Defendant
   WINCO HOLDINGS, INC. (erroneously named as
7  WinCo Foods Foundation, Inc.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BRADLEY FULFER, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>WINCO FOODS FOUNDATION, INC., an Idaho Corporation, and DOES 1 through 100, inclusive,<br><br>  Defendants. | No.  1:15-cv-00999-TLN-EPG<br><br>**ORDER RE DEFENDANT WINCO HOLDINGS, INC.'S REQUEST TO SEAL DOCUMENTS** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having reviewed Defendant WINCO HOLDINGS, INC.'s Notice of Request and Request to Seal Documents, and the confidential documents at issue, the Court hereby finds that good and sufficient cause exists to issue the following order.

IT IS ORDERED THAT the following documents are ordered sealed:

1. Exhibit 6 to the Declaration of Neda N. Dal Cielo in Support of Defendant Winco Holdings, Inc.'s Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment [Dkt. 30-2];

2. Exhibit B to the Declaration of Margarita Garcia in Support of Defendant Winco Holdings, Inc.'s Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment [Dkt. 30-5].

Only the Court and its personnel shall have access to the sealed documents, which shall remain under seal permanently.

IT IS SO ORDERED.

Dated: May 18, 2017

Troy L. Nunley
United States District Judge