UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY FULFER,<br><br>    Plaintiff,<br><br>  v.<br><br>WINCO FOODS FOUNDATION, INC.,<br>an Idaho Corporation,<br><br>    Defendant. | No. 1:15-cv-00999-TLN-EPG<br><br>**ORDER** |

  Having reviewed Plaintiff Bradley Fulfer's Notice of Request and Request to Seal Documents (ECF No. 44), and the documents at issue, the Court hereby finds that good and sufficient cause exists to issue the following order.

  IT IS ORDERED that the Exhibits to the Declaration of Bradley Fulfer (ECF No. 43-4) and the Exhibits to the Declaration of Roman Otkupman (ECF No. 43-6) be sealed.  Plaintiff shall file a redacted version of the sealed documents.  Only the Court and its personnel shall have access to the sealed documents, which shall remain under seal permanently.

  IT IS SO ORDERED.

Dated: July 19, 2017

                    Troy L. Nunley
                    United States District Judge